JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICES OF JERRY FONG
706 COWPER STREET; SUITE 203
PALO ALTO, CA 94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant BRANDON RUDDICK

FILED

AUG 30 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON RUDDICK,<br><br>Defendant. | CASE NO. CR 12-00041 EJD (HRL)<br><br>STIPULATION OF THE PARTIES TO MODIFY TRAVEL ORDER TO PERMIT WEEKEND TRAVEL TO AND FROM LAS VEGAS FOR DEFENDANT BRANDON RUDDICK & [PROPOSED] ORDER RE SAME. |

The parties, Plaintiff United States of America and Defendant Brandon Ruddick, through their respective counsel, hereby jointly request that the Court modify Mr. Ruddick's pretrial release conditions to permit him to travel to and from Las Vegas, Nevada, to attend a wedding of a work colleague, from September 3, 2012 to and through September 7, 2012. The pretrial release conditions imposed by the Court include a prohibition of traveling outside the Northern District of California (to attend court and to meet with his counsel) and outside the judicial districts in which Vancouver, Washington and Portland, Oregon lie (where Mr. Ruddick reside and work). Mr. Ruddick has faithfully complied with all terms of his pretrial release conditions. He wishes to attend the wedding celebration for a colleague of his from work, for, among other reasons, the purposes of maintaining good will and

camaraderie at his job. Mr. Ruddick's pretrial service officer has consented to this stipulation and trip.

DATED: August 29, 2012                    Respectfully submitted,


                                          _____/S/_____
                                          JERRY Y. FONG, Attorney for
                                          Defendant BRANDON RUDDICK


DATED: August 29, 2012                    Respectfully submitted,


                                          _____/S/_____
                                          AUSA HANLEY CHEW, Attorney for
                                          Plaintiff UNITED STATES OF AMERICA


### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause appearing herein, it is hereby ordered that Defendant Brandon Ruddick's pretrial release conditions shall be modified so that he may travel to and from Las Vegas, Nevada, from September 3, 2012 to and through September 7, 2012. It is so ordered.

DATED: 8/30/12                            _____
                                          MAGISTRATE-JUDGE OF THE UNITED
                                          STATES DISTRICT COURT